996 So.2d 233 (2008)
BANK OF AMERICA, Appellant,
v.
Reta BUTLER, Appellee.
No. 4D08-305.
District Court of Appeal of Florida, Fourth District.
November 5, 2008.
Rehearing Denied December 24, 2008.
Mark W. Rickard of Jacobson, Sobo & Moselle, Plantation, for appellant.
Larry M. Segall of Gibbons, Neuman, Bello, Segall, Allen, Halloran & Wright, P.A., Tampa, for appellee.
PER CURIAM.
Affirmed. See Dyer v. Beverly & Tittle, P.A., 777 So.2d 1055 (Fla. 4th DCA 2001).
TAYLOR, HAZOURI and MAY, JJ., concur.